OPINION — AG — ** TORT CLAIMS ACT — FIRE PROTECTION DISTRICTS — LIABILITY ** (1) FIRE PROTECTION DISTRICTS ORGANIZED AND OPERATING UNDER THE PROVISIONS OF 19 O.S. 901.1 [19-901.1] ET SEQ., ARE `NOT' POLITICAL SUBDIVISIONS OF THE STATE FOR PURPOSES OF COVERAGE UNDER THE GOVERNMENTAL TORT CLAIMS ACT, 51 O.S. 151 [51-151] ET SEQ. (2) FIRE PROTECTION DISTRICTS ORGANIZED AND OPERATING UNDER THE PROVISIONS OF 19 O.S. 901.1 [19-901.1] ET SEQ., ARE NOT ENTITIES OF THE STATE OF OKLAHOMA, AS DEFINED IN 51 O.S. 152 [51-152](10) FOR THE PURPOSES OF COVERAGE UNDER THE GOVERNMENTAL TORT CLAIMS ACT, 51 O.S. 151 [51-151] ET SEQ. (SEWER IMPROVEMENT DISTRICTS, FUNDED, DEFINITIONS) CITE: OPINION NO. 80-021, OPINION NO. 85-177, 19 O.S. 901.1 [19-901.1], 19 O.S. 901.4 [19-901.4] 19 O.S. 901.5 [19-901.5], 19 O.S. 901.7 [19-901.7] 19 O.S. 901.9 [19-901.9], 19 O.S. 901.20 [19-901.20] 51 O.S. 152 [51-152](10), 82 O.S. 1324.6 [82-1324.6] (MICHAEL SCOTT FERN) === SEE: OVERRULED BY OPINION NO. 89-065 (1990) *